UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  LORI LYNN KRAFT                    :   CHAPTER 13
        Debtor                             :
                                           :
    JACK N. ZAHAROPOULOS               :
    STANDING CHAPTER 13 TRUSTEE        :
        Movant                             :
                                           :
        vs.                                :
                                           :
    LORI LYNN KRAFT                    :
        Respondent                         :   CASE NO.   1-22-bk-02420


<u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>

      AND NOW, this   26th   day of January, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

      1.   Debtor's plan violates 11 U.S.C. § 1322(b)(1) in that the plan classifies unsecured claims but unfairly discriminates certain claims in the designation.   More specifically, the plan provides for payment of:

      a.   Student loan

      WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a.   Deny confirmation of debtor(s) plan.
      b.   Dismiss or convert debtor(s) case.
      c.   Provide such other relief as is equitable and just.

      Respectfully submitted:



      /s/Jack N. Zaharopoulos
      Standing Chapter 13 Trustee
      8125 Adams Drive, Suite A
      Hummelstown, PA 17036
      (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   6th   day of February, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA   17011

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee