| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

Lori Lynn Kraft

**Debtor 1**

Chapter: 13

Case number: 1:22–bk–02420–HWV

Document Number: 25

Matter: Objection to Claim

Lori Lynn Kraft
**Movant(s)**

vs.

PNC Bank, NA
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on December 16, 2022.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102** | **Date:** 6/28/23<br>**Time:** 09:40 AM |

Initial requests for a continuance of hearing ( *L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074–1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 2, 2023 |

nthrgreq(02/19)