# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Lori Lynn Kraft, | Chapter 13 |
| **Debtor 1** | Case No. 1:22−bk−02420−HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 28, 2023. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 12, 2023

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Lori Lynn Kraft<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:22-BK-02420-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, October 12, 2023, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:22-bk-02420-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Mon Jul 24 16:18:27 EDT 2023 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N 6th Street<br>Harrisburg, PA 17102-1104 |
| Comenity Bank / Boscov's<br>Attn: Bankruptcy Department<br>PO Box 183043<br>Columbus, OH 43218-3043 | Credit One Bank, NA<br>PO Box 98875<br>Las Vegas, NV 89193-8875 | Federal Home Loan Mortgage Corporation, at.<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mariner Finance<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 |
| OneMain Financial<br>601 NW 2nd Street<br>PO Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Specialized Loan Servicing, LLC<br>6200 South Quebec Street<br>Englewood, CO 80111-4720 | Synchrony Bank<br>c/o PRA Receivables Management LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank / PayPal Extras<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO Box 8973<br>MADISON WI 53708-8973 | US Department of Education<br>Attn: Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | (p)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 | Wellspan Health<br>P O Box 15119<br>YORK, PA 17405-7119 |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Lori Lynn Kraft<br>9 Senft Road<br>Spring Grove, PA 17362-7980 | Paul Donald Murphy-Ahles<br>Dethlefs Pukosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC Bank NA<br>Bankruptcy Department<br>PO BOX 94982<br>Cleveland, OH 44101 | Upgrade, Inc.<br>275 Battery Street, Floor 23<br>San Francisco, CA 94111 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Federal Home Loan Mortgage Corporation, as    (u)PNC BANK, N.A.    (d)Mariner Finance, LLC
                                                                      8211 Town Center Drive
                                                                      Nottingham, MD 21236-5904


**End of Label Matrix**
**Mailable recipients**    23
**Bypassed recipients**     3
**Total**    26