UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO.: 22-02420
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
Lori Lynn Kraft,
　　　Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of PNC BANK, NATIONAL ASSOCIATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

　　　　　　　　　　　　　　　　　　Robertson, Anschutz, Schneid, Crane &
　　　　　　　　　　　　　　　　　　Partners, PLLC
　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　　　　　　　130 Clinton Rd #202
　　　　　　　　　　　　　　　　　　Fairfield, NJ 07004
　　　　　　　　　　　　　　　　　　Telephone: 470-321-7112
　　　　　　　　　　　　　　　　　　Facsimile: 404-393-1425

　　　　　　　　　　　　　　　　　　By: /s/Jordan Katz
　　　　　　　　　　　　　　　　　　　　Jordan Katz
　　　　　　　　　　　　　　　　　　　　Email: jkatz@raslg.com

# CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on December 22, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LORI LYNN KRAFT
9 SENFT ROAD
SPRING GROVE, PA 17362

And via electronic mail to:

DETHLEFS PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA 17011

JACK N ZAHAROPOULOS
STANDING CHAPTER 13, (TRUSTEE), 8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE, 1501 N. 6TH ST
HARRISBURG, PA 17102

                By: /s/ Angela Zuelke